

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00766-CV

KEITH PORTER, Appellant

V.

PATRICIA PORTER, Appellee

Appeal from the 308th District Court of Harris County, Texas.
(Tr. Ct. Cause No. 2013-47027).

This is an appeal from the final judgment signed by the trial court on August 12, 2014. After being notified that this appeal was subject to dismissal for want of prosecution, appellant, Keith Porter, did not timely respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.